# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHARIELL ALI GLAZE,　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #147919

v.　　　　　　　　　　　　　No. 4:11CV00881 JLH-JJV

SUSAN K. WEAVER; *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is GRANTED. Document #60.

2. This cause of action is DISMISSED as follows:

    a. Plaintiff's due process and Eighth Amendment claims relating to his placement in administrative/punitive segregation should be DISMISSED without prejudice for failure to exhaust his administrative remedies.

    b. Plaintiff's Eighth Amendment failure to protect claims should be DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 4th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE